**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID ANTHONY ADAMS JR., <br><br>　　　　Petitioner, <br><br>　　v. <br><br>ROBERTO A. ARIAS, Acting Warden, <br><br>　　　　Respondent. | Case No. 2:19-cr-4252-FLA (JPR) <br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

　　Pursuant to 28 U.S.C. § 636, the court has reviewed the Petition, the other records on file, and the Magistrate Judge's Report and Recommendation.  The court accepts the findings and recommendations of the Magistrate Judge.

　　ACCORDINGLY, IT IS ORDERED THAT:

　　1.　Grounds one, two, and four and the portion of ground three of the Petition that was not previously dismissed are denied with prejudice.

　　2.　Judgment be entered consistent with this order and the Court's April 1, 2022 order.

/ / /

/ / /

/ / /

3. The clerk serve this Order and the Judgment on all counsel or parties of record.

DATED: February 2, 2024

_____
FERNANDO L. AENLLE-ROCHA
UNITED STATES DISTRICT JUDGE