JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANTHONY ADAMS JR., <br><br> Petitioner, <br><br> v. <br><br> ROBERTO A. ARIAS, Acting Warden, <br><br> Respondent. | Case No. 2:19-cv-4252-FLA (JPR) <br><br> **J U D G M E N T** |

Pursuant to the orders accepting the Magistrate Judge's two reports and recommendations,

Judgment is entered in Respondent's favor and this action is dismissed without prejudice as to the portion of ground three of the Petition relating to alleged evidence tampering and with prejudice as to grounds one, two, and four and the remaining portion of ground three.

DATED: February 2, 2024

FERNANDO L. AENLLE-ROCHA
UNITED STATES DISTRICT JUDGE